UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN CLINT DRAPER,

      Petitioner

      v.

STATE OF CALIFORNIA BOARD
OF PAROLE HEARINGS, et al.,

      Respondents.

Case No. CV 18-2282-CBM (GJS)

JUDGMENT

Pursuant to the Court's Order: Summarily Denying and Dismissing Petition; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: April 23, 2018

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE